PROB 12A
(7/93)



# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Aaron Lamond Freeman      Cr.: 12-00454-001
PACTS #: 54206

Name of Sentencing Judicial Officer:    JUDGE DESIGNATE (FOR THE HONORABLE FAITH S. HOCHBERG)

Date of Original Sentence: 12/17/2013

Original Offense: 21:841; Possession with Intent to Distribute - Cocaine

Original Sentence: 60 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment - $100, Substance Abuse Testing, Alcohol Testing, Alcohol Treatment, Drug Treatment, Prohibitions of Gang/Criminal Associations

Type of Supervision: Supervised Release      Date Supervision Commenced: 05/30/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.      The offender stalled a urine test on November 28, 2017, and tested positive for marijuana on November 29, 2017.

U.S. Probation Officer Action:
The offender was verbally reprimanded for marijuana use and the Probation Officer reviewed his terms of supervised release again with an emphasis on the repercussion of substance abuse. We respectfully request that no action be taken by the Court at this time.

Respectfully submitted,

Luis R. Gonzalez
2017.12.28 11:40:18
-05'00'

By: Maria Goodwater
U.S. Probation Officer
Date: 12/27/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

1/3/18
Date