PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Aaron Lamond Freeman  
Cr.: 12-00454-001  
PACTS #: 54206

Name of Sentencing Judicial Officer: THE HONORABLE JOSE L. LINARES
CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/17/2013

Original Offense: 21 U.S.C. § 841; Possession with Intent to Distribute Cocaine

Original Sentence: 60 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment - $100, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Prohibitions on Gang/Criminal Association

Type of Supervision: Supervised Release            Date Supervision Commenced: 05/30/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender tested positive for marijuana on February 16, 2018. |

U.S. Probation Officer Action:
The offender was verbally reprimanded using cognitive behavioral based Staff Training Aimed at Reducing Re-Arrest. This training is a series of skills with clearly defined steps used to address an offender's thoughts, behaviors, and their subsequent consequences.

The Effective Use of Disapproval skill was used to address the offender's marijuana use. This skill allows the officer to address why a problem behavior is unacceptable and review the short-term and long-term consequences of engaging in that behavior. Following this, we encourage the offender to identify pro-social alternatives that can be implemented to prevent from engaging in negative behavior in the future and commit to employing the newly identified pro-social behavior.

We respectfully request that this notice serves as a written reprimand.

Respectfully submitted,

By: Maria Goodwater
U.S. Probation Officer
Date: 03/05/2018

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ This Notice Serves as a Written Reprimand

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

6/20/18
Date